UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD WILLIAMS, et al., <br><br> Plaintiff(s), <br><br> v. <br> UNITED STATES DEPARTMENT OF JUSTICE, et al., <br><br> Defendant(s). | Case No.: 2:20-cv-01320-KJD-NJK <br><br> **ORDER** |

Plaintiffs are proceeding in this action *pro se*, and submitted a complaint in an effort to initiate this case. Docket No. 1. Plaintiffs have not, however, paid the required filing fee or requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. In order to proceed with his case, Plaintiffs must either pay the filing fee or submit the affidavit required by § 1915 showing an inability to prepay fees and costs or give security for them.

Accordingly, **IT IS ORDERED:**

1. Plaintiffs shall either make the necessary arrangements to pay the filing fee, accompanied by a copy of this order, or file an Application to Proceed *in Forma Pauperis*.

2. The Clerk of the Court shall send Plaintiffs two blank application forms.

1

3. Plaintiffs must comply with this order no later than August 7, 2020. Failure to comply will result in a recommendation to the District Judge that this case be dismissed for failure to comply with this order.

IT IS SO ORDERED.

Dated: July 17, 2020

_____
Nancy J. Koppe
United States Magistrate Judge